RECEIVED
2005 DEC 12 A 9:24

DEBRA P. HACKETT
[illegible]

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

CA:2:05CV1178-T

| United States District Court | District | Middle District of Alabama |
|---|---|---|
| **Name** (under which you were convicted): Horace M. Black | | **Docket or Case No.:** 2:04CR-169-A |
| **Place of Confinement:** F.C.I. ESTILL, PO BOX 699 ESTILL, SC  29918-0699 | | **Prisoner No.:** 11497-002 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| v. HORANCE M. BLACK | | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Middle District of Alabama, Montgomery Division

   (b) Criminal docket or case number (if you know): 2:04CR-169-A

2. (a) Date of the judgment of conviction (if you know): April 12, 2005

   (b) Date of sentencing: April 12, 2005

3. Length of sentence: 140 months

4. Nature of crime (all counts): Count One of Armed Bank Robbery, in violation of 18 U.S.C. § 2113(d).

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒XXXX    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? n/a

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐ n/a Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒
9. If you did appeal, answer the following:
   (a) Name of court: n/a
   (b) Docket or case number (if you know): n/a
   (c) Result: n/a
   (d) Date of result (if you know): n/a
   (e) Citation to the case (if you know): n/a
   (f) Grounds raised: n/a

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): n/a
   (2) Result: n/a
   (3) Date of result (if you know): n/a
   (4) Citation to the case (if you know): n/a
   (5) Grounds raised: n/a

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: n/a
        (2) Docket or case number (if you know): n/a
        (3) Date of filing (if you know): n/a

Page 4

    (4) Nature of the proceeding: _____ n/a _____
    (5) Grounds raised: _____ n/a _____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑  No ☒XXXX
    (7) Result: _____ n/a _____
    (8) Date of result (if you know): _____ n/a _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____ n/a _____
    (2) Docket or case number (if you know): n/a _____
    (3) Date of filing (if you know): _____ n/a _____
    (4) Nature of the proceeding: _____ n/a _____
    (5) Grounds raised: _____ n/a _____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ❑  No ☒XXXX
    (7) Result: _____ n/a _____
    (8) Date of result (if you know): _____ n/a _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:   Yes ❑  No ❑
    (2) Second petition:   Yes ❑  No ❑  n/a

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____ n/a _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** Denied Effective Assistance of Counsel. _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
During sentencing the court said movant had right to appeal. Attorney Terry R. Smyle was advised by movant to appeal the court's decision. Attorney Smyle assured movant that he would appeal. After movant checked with the Court of Appeals for the Eleventh Circuit in Atlanta, Georgia months later, he found out that no appeal in his behalf was pending. After petitioner contacted the attorney he was told that there were no appealable issues. Counsel failed to file an Anders Brief.

_____

_____

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Movant specifically instructed counsel to file his notice of appeal and submit an appellant brief but counsel failed to do so.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ n/a _____

Name and location of the court where the motion or petition was filed: _____

_____ n/a _____

Page 6

Docket or case number (if you know): _____n/a_____

Date of the court's decision: _____n/a_____

Result (attach a copy of the court's opinion or order, if available): _____n/a_____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ❏   No ❏   n/a

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ❏   No ❏   n/a

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ❏   No ❏   n/a

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____n/a_____

Docket or case number (if you know): _____n/a_____

Date of the court's decision: _____n/a_____

Result (attach a copy of the court's opinion or order, if available): _____n/a_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____n/a_____

**GROUND TWO:** _____n/a_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____n/a_____

Page 7

_____
_____

**(b) Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❏   No ❏                    n/a

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____ n/a _____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❏   No ❏                    n/a

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ n/a _____

Name and location of the court where the motion or petition was filed: _____
_____ n/a _____

Docket or case number (if you know): _____ n/a _____

Date of the court's decision: _____ n/a _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ n/a _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ❏   No ❏                    n/a

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ❏   No ❏                    n/a

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏   No ❏                    n/a

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ n/a _____

Docket or case number (if you know): _____ n/a _____
Date of the court's decision: _____ n/a _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ n/a _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ n/a _____

_____

_____

_____

_____

**GROUND THREE:** _____ n/a _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____ n/a _____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐        n/a

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____ n/a _____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ n/a _____

Name and location of the court where the motion or petition was filed: _____

_____ n/a _____

Docket or case number (if you know): _____ n/a _____

Date of the court's decision: _____ n/a _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ n/a _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐           n/a

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐           n/a

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐   No ☐           n/a

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ n/a _____

Docket or case number (if you know): _____ n/a _____

Date of the court's decision: _____ n/a _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ n/a _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ n/a _____

_____
_____
_____
_____

**GROUND FOUR:** _____ n/a _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____ n/a _____
_____
_____
_____
_____

Page 10

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑                           n/a

    (2) If you did not raise this issue in your direct appeal, explain why: _____
    _____n/a_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑                           n/a

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____n/a_____

Name and location of the court where the motion or petition was filed: _____
_____n/a_____

Docket or case number (if you know): _____n/a_____

Date of the court's decision: _____n/a_____

Result (attach a copy of the court's opinion or order, if available): _____
_____n/a_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑                           n/a

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑                           n/a

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑                           n/a

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____n/a_____

Docket or case number (if you know): _____n/a_____
Date of the court's decision: _____n/a_____
Result (attach a copy of the court's opinion or order, if available): _____
_____n/a_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____n/a_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____
   ____I was unable to do, and my attorney failed to do so.____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐    No ☒xxxx
   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____n/a____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
   (a) At preliminary hearing: __Terry R. Smyle, 2D38 LEBRON AVE Montgomery Ala, 36106__
   (b) At arraignment and plea: __same__
   (c) At trial: __n/a__
   (d) At sentencing: __same__

(e) On appeal: _____ n/a _____

(f) In any post-conviction proceeding: _____ n/a _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____
   _____ n/a _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ❏ No ☒xxxx

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ❏ No ☒xxxx

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____ n/a _____

   (b) Give the date the other sentence was imposed: _____ n/a _____
   (c) Give the length of the other sentence: __ n/a _____
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ❏  No ☒xxxx

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* <u>Movant was sentenced on April 12, 2005 in the United States District Court for the District of Alabama, Montgomery Division. Therefore the instant motion to vacate is timely filed.</u>

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: <u>Based upon counsel's failure to file the notice of appeal, movant asks that his appeal be reinstated and or an evidentirary hearing be granted on this issue.</u> or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ 12/01/05 (month, date, year).

Executed (signed) on 12/01/05 (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION
_____
[Insert appropriate court]
* * * *