IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CV-1178-MHT |
| | ) | WO |
| HORACE MILTON BLACK | ) | |

**ORDER ON MOTION**

On January 17, 2006, movant Horace Milton Black filed a pleading styled as a "*Motion to Supplement Additional Claims of Ineffective Assistance of Counsel after the Court Determines Issue of Counsel Failure to File Direct Appeal Pursuant to Rule 15 of Fed.R.Civ.P.*" (Doc. 7.) The court construes this pleading to be a *motion for leave to amend* the 28 U.S.C. § 2255 motion to add new claims of ineffective assistance of counsel. Upon consideration of the *motion for leave to amend*, and for good cause, it is

**ORDERED** that this motion (Doc. 7) be and is hereby GRANTED.

It is further

**ORDERED** that on or before February 6, 2006, Black shall file with this court an amendment to his motion that sets forth with clarity any new claims of ineffective assistance of counsel he wishes to assert and presents all factual materials and arguments he wishes to present in support of his new claims.

Done this 18th day of January, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE