RECEIVED

2006 JAN 30 A 4:50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

In the United States District Court In the Middle District of Alabama Northern Division
2:05 cv 1178-MHT

United States of America
—Vs—                    Plaintiff,

Horace Milton Black                    Jan 25, 2006

Motion to ReQuest
Sentencing Transcript

To the Clerk of the Court comes Now Horace Black Defendent, prose filing a motion for my Sentencing Transcript. On the day of April 12, 2005 I was Sentenced in the Middle District of Alabama Northern Division. I am respectfully reQuesting the Sentencing Transcripts of that day. So I can admit them into Evidence to the court. These Transcripts is part of my response to the Goverment It was ordered by the court that I have until Feb. 3, 2006 to response to the Goverment Claim.

Horace Black
Horace M. Black
Reg No. 11497-002

1/31/06
VP

SCANNED

Sign here ★ Horace Black

# CERTIFICATE OF SERVICE

I, _Horrace Milton Black_ , hereby declare; under the penalty of perjury, that a true copy of the foregoing was mailed this _25th_ day of _January_ , 2006___ to:

_Morris Claire A_
_One Court Square, Suite 201_
_P.O.Box 197_
_Montgomery, AL 36101-0197_

RESPECTFULLY   SUBMITTED  BY :

_Horace Black_
( Signature of Petitioner in Pro Se )

Sign here✱ _Horace Black_

_1497-002_
( Register / Prison Number )