IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cv1178-MHT |
| | ) | WO |
| HORACE MILTON BLACK | ) | |

**ORDER ON MOTION**

On January 30, 2006, the movant, Horace Milton Black, filed a *motion requesting the sentencing transcript* in his case. (Doc. # 9.) Upon consideration of this motion, and for good cause, it is

**ORDERED** that the motion is DENIED at this time.

Black is advised that should he provide the court with an explanation of his need for the sentencing transcript, the court will reconsider his request at that time.

Done this 1st day of February, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE