RECEIVED
2006 JAN 30 A 9:28
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To the United States District Court In the Middle District of Alabama Northern Division

2:05 cv 1178-MHT

United States of America
  Plaintiff,
-vs-
Horace Milton Black

Jan 25, 2006

## Motion to ReQuest Sentencing Transcript

To the Clerk of the Court comes now Horace Black Defendent, prose filing a motion for my Sentencing Transcript. On the day of April 12, 2005 I was sentenced in the Middle District of Alabama Northern Division. I am respectfully requesting the Sentencing Transcripts of that day. So I can admitt them into evidence to the court. These Transcripts is part of my response to the Goverment. It was ordered by the court that I have until Feb. 3, 2006 to response to the Goverment Claim.

Horace Black
Horace M. Black
Reg No. 11497-002

Sign here * Horace Black

SCANNED 1/31/06

# CERTIFICATE OF SERVICE

I, __Horrace Milton Black__, hereby declare; under the penalty of perjury, that a true copy of the foregoing was mailed this 25th day of January, 2006 to:

Morris Clarke A
One Court Square, Suite 201
P.O. Box 197
Montgomery, AL 36101-0197

RESPECTFULLY SUBMITTED BY :

__Horace Black__
( Signature of Petitioner in Pro Se )

Sign here * __Horace Black__

__11497-002__
( Register / Prison Number )