IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 FEB 16   10 26         2006 FEB -9  A 9: 57

UNITED STATES OF AMREICA,    /
                             /
-vs-                         /    Civil Action No: 2:05cv1178-WKW
                             /
Horace Milton Black.         /
                             /

AFFIDAVIT OF HORACE M. BLACK

My name is Horace Black. I make this affidavit pursuant to court order and in response to Terry R. Sally's affidavit. On April 12, 2005 I tried to withdraw my plea because the court sentenced me to a sentence that was not part of the plea agreement, the court denied my withdrawal. See Sentencing Transcripts. I then advised Mr. Smyly to appeal, and he assured me that he would. I tried to contact Mr. Smyly from the county jail that I was detained in and his office would not accept the collect calls, therefore, I called Nora Byrd and she called Mr. Smyly's office and put me on three way, and once again, I was unable to reach Mr. Smyly. I was then advised by individuals who had already been through the legal system to contact the eleventh circuit court of appeals and inquire about my appeal on my own, which I did, and I was informed that there was no appeal pending on my behalf. Based on this information, after repeated phone calls through three-way by way of Nora Byrd, I attempted to contact Mr. Smyly to see why the appeal was not in the appeals court, I finally got in touch

with Mr. Smyly and he told me that there was no appeal being filed because he saw no appealable issues.

Respectfully submitted,

Horace M. Black

*Horace Black*

Dated:

_____

February 1, 2006

## CERTIFICATE OF SERVICE

I certify that I am the party to this cause and that true and correct copy of this SUMMONS was mailed first class postage prepaid to the respondent:

_A. Clark Morris_
_One Court Square Suite 201_
_P.O. Box 197_
_Montgomery, AL. 36101_

on this _1st_ day of _Febuary_, _2006_.

Before me the undersigned, a Notary Public in the State of _____, County of _____. Appeared

_Horace Black_
(Petitioner's Signature)
_Horace Black_

and acknowledged the execution of this instrument on this ____ day of _____, 199___.

_____    my commission expires _____
NOTARY PUBLIC