IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | / |
| -vs- | / 2:05-CV-1178-MHT-WO |
| Horace M. Black | / |

## MOTION FOR CONTINUANCE

**NOW COMES** Horace M. Black hereinafter "movant", in support of the instant motion states the following:

Pursuant to Court Order I was granted until February 6, 2006 to file with this court an amendment to the initial §2255 motion that sets forth with clarity any new claims of ineffective assistance of counsel he wishes to assert and present all factual materials and arguments he wishes to present in support of his new claims.

I unfortunately have not received the factual materials needed to support the new claims at this time and additional time witll be needed in order for the supplement to be submitted completely and correctly.

Thanking you in advance for your time and patience with this matter.

Respectfully submitted,                                  Dated:

Horace M. Black                                          February 1, 2006

*Horace Black*

## CERTIFICATE OF SERVICE

I certify that I am the party to this cause and that true and correct copy of this SUMMONS was mailed first class postage prepaid to the respondent:

A. Clark Morris
One Court Square Suite 201
P.O. Box 197
Montgomery, AL. 36101

on this _1st_ day of _Febuary_, _2006_.

Before me the undersigned, a Notary Public in the State of _____, County of _____. Appeared

_Horace Black_
(Petitioner's Signature)
_Horace Black_

and acknowledged the execution of this instrument on this ____ day of _____, 199___.

_____ my commission expires _____
NOTARY PUBLIC