IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv1178-T |
| | ) | WO |
| HORACE MILTON BLACK | ) | |

**ORDER ON MOTION**

On February 16, 2006, movant Horace Milton Black filed a pleading styled as a "*Motion for Continuance*." (Doc. # 13) The court construes this pleading to be a *motion for extension of time*. Upon consideration of the motion, and for good cause, it is

**ORDERED** that this motion be and is hereby GRANTED. It is further

**ORDERED** that the movant be GRANTED an extension from February 6, 2006, to and including March 6, 2006, to file with this court an amendment to his § 2255 motion that sets forth with clarity any new claims of ineffective assistance of counsel he wishes to assert and presents all factual materials and arguments he wishes to present in support of his new claims, in compliance with this court's order entered on January 18, 2006.

Done this 21st day of February, 2006.

                                           **/s/ Delores R. Boyd**
                                           DELORES R. BOYD
                                           UNITED STATES MAGISTRATE JUDGE