IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CV-1178-WKW-DRB |
| | ) | |
| HORACE MILTON BLACK | ) | |

**ORDER**

For good cause, it is hereby

**ORDERED** that the **Federal Defender show cause on or before June 8, 2006**, why she should not be cited for contempt for failing to comply with the court's instructions, as follows, in the *Order* filed March 17, 2006. (Doc. 16):

 2. Counsel shall confer expeditiously with Black regarding (a) the issue specified for an evidentiary hearing, and (b) additional claims asserted in his amended pleadings (Docs. # 7 & # 15).

3. **On or before May 26, 2006**, counsel shall file a final statement of the claims which will be pursued in this § 2255 motion, and counsel shall identify clearly any additional claims requiring an evidentiary hearing. *Counsel is instructed to serve the statement on the United States Attorney and on trial counsel, Terry R. Smyly.*

Done this 1st day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE