UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CV-1178-WKW-DRB |
| | ) | |
| HORACE MILTON BLACK | ) | |

NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance on behalf of the Petitioner, Horace Milton Black, in the above-styled case, for the limited purposes set forth in the Court's Order of March 17, 2005.

Respectfully submitted,

s/Christine A. Freeman
**Christine A. Freeman**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
TN BPR 11892

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to A. Clark Morris, Assistant United States Attorney, and I will provide by mailing copies to Terry Smyly and Horace Black.

Respectfully submitted,

s/Christine A. Freeman
**Christine A. Freeman**
**FEDERAL DEFENDERS**
**MIDDLE DISTRICT OF ALABAMA**
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
TN BPR 11892