IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CV-1178-WKW-DRB |
| | ) | |
| HORACE MILTON BLACK | ) | |

### ORDER ON MOTION

For good cause, it is

**ORDERED** that the *Motion to Unseal and/or Disclose* (Doc. 20, filed June 9, 2006) is GRANTED for the benefit of the Petitioner and the CJA Panel Attorney, Pate DeBardelaben, who is appointed by Order filed herewith.

Done this 9th day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE