IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 2:05-CV-1178-WKW-DRB |
| HORACE MILTON BLACK | * | |

RECEIVED 2006 JUN 14 A 11:25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

COMES NOW, Attorney Pate DeBardeleben, and gives notice that he shall represent the interest of the above named Horace Milton Black, in all matters of the above styled case.

Respectfully submitted this the 14th day of June, 2006.

_/s/ Pate DeBardeleben_

Pate DeBardeleben, Attorney for Horace Milton Black

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 14th day of June, 2006.

_/s/ Pate DeBardeleben_

Pate DeBardeleben