EXHIBIT A

_____ Probation Violator

_____ Community Control Violator

_____ Retrial

_____ Resentence

In the Ci_  _t Court, Ninth   Judicial Circuit,

in and for ____Orange____ County, Florida

Division ____12____  CRIMINAL Div.  CIRCUIT COURT

Case Number ___CR 94-915___

State of Florida

v.

Horane Black

**Defendant**

FILED IN OPEN COURT

THIS __3__ DAY OF __JUNE__, 19_94_

Fran Carlton, Clerk

BY _____ D.C.

## J U D G M E N T

The defendant, ___Horane Black___, being personally before this court

represented by ___K SIMS___, the attorney of record, and the state

represented by ___B DENKINS___, and having

____ been tried and found guilty by jury/ by court of the following crime(s)

____ entered a plea of guilty to the following crime(s)

✓ entered a plea of nolo contendere to the following crime(s)

Orange Co FL 4900764
06/09/94  09:07:56am
OR Bk 4752 Pg 4560

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 1 | POSSESSION OF COCAINE WITH INTENT TO SELL | 893.13 (1)(a) 893.03 (2)(a)(4) | F 3 4 | 5495944 |

✓ and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

____ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch.794) or lewd and lascivious conduct (ch.800) the defendant shall be required to submit blood specimens.

____ and good cause being shown;  IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

32-34 (8/92)

Page 1 of 2

HORACE BLACK

efendant

Case Number CR 94-915

OR Bk 4752 Pg 4561
Orange Co FL 4900764
Record Verified - Martha O. Haynie

## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | FINGERPRINTS AVAILABLE | | NOT | |
| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
| | see | CR 94 - 3528 CR 94 - 1955 | | |

Fingerprints taken by: _____    _____

**Name**                                                      **Title**

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the

defendant, _____, and that they were placed thereon by the defendant

in my presence in open court this date.

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,

this _____ day of _____, 19_____.

_____

**Judge**

STATE OF FLORIDA, COUNTY OF ORANGE
that the above and foregoing is a true copy of the original filed in this office

Dated 4/4/05 By _____ LYDIA GARDNER, Clerk Circuit Court

D.C.

32-37 (7/92)

Page 2 of 2

✓ COURT MINUTES ____ORDER (PLEA/SENTENCING/RELEASE)    IN THE CIRCUIT COURT IN AND FOR ORANGE
COUNTY, FLORIDA

STATE OF FLORIDA    CASE _CR 94-915_
VS

**HORACE Black**    DIVISION _12_

CHARGED WITH:

_N 89313 1a F2-L4_

COURT OPENED AT _6-2-94_ HONORABLE _AB White_ JUDGE

ASSISTANT PUBLIC DEFENDER _____ ASSISTANT STATE ATTORNEY _B Perkins_

COURT REPORTER _H Welch_ COURT DEPUTY _____

This case came on this date for ✓Plea ___Sentencing ___Trial ___Pre-Trial.

The Defendant was ___present, ___not present, ✓present with Counsel _K Sims_

✓Plea of not guilty withdrawn. ___Defendant tried and found guilty of: ___Defendant sworn and pled ___Guilty to:

✓Nolo Contendere to: _AS CHG_

___Defendant reserves right to appeal ___Adjudication of Guilt withheld, finding of guilt entered.

___Defendant adjudged guilty. ___$5.00 C.C. ___$50.00 C.C.F. ___$200.00 C.J.T.F. or ___$60.00 C.J.T.F.(27.3455)

___**P.S.I. ORDERED.** It is hereby Ordered that the Department of Corrections submit P.S.I. or a scoresheet of Defendant and deliver a written report of same to the undersigned Judge within two working days before sentencing. **STATUS** _____.

___Sentencing set for _____, 19____, at ____.M., Courtroom_____

___P.S.I. Bond set at _____ ___P.D.R. ORDERED. ___P.S.I. waived.

SENTENCING:

___Adjudication of guilt was withheld, a finding of guilt entered. —w/in 24yrs ✓100 OCDTF

✓Defendant adjudged guilty. ✓$5.00 C.C. ✓$50.00 C.C.F. ✓$200.00 C.J.T.F. (27.3455)or ___$50.00 C.J.T.F.

SENTENCE: _2 yrs supv drug offender_
_prob for Judge conc w/ CR94-B52_
_—180 days cay w/ cts 76 days_

___RELEASE - Defendant is Ordered released from custody as to this case only.

DONE AND ORDERED this _2_ day of _June_, 19 _94_.

_____
CIRCUIT JUDGE

FILED IN OPEN COURT THIS _2_ DAY OF _June_, 19 _94_. Distribution: ___Surety/Cash Bond
FRAN CARLTON, Clerk of the CIRCUIT/COUNTY Courts.    ___**Defendant**

by: _____    ___Probation/Parole
DEPUTY CLERK in attendance    ___Court Deputy
    ___A.S.O. on

COURT RECESSED at _____

32-60(B) (7-92)

COURT MINUTES

IN THE CIRCUIT COURT, IN AND
FOR ORANGE COUNTY, FLORIDA

✓ ORDER (MOTION HEARING)

CASE NO. CR 94-3528
(12) DIVISION CR 94-1955
CR 94-915

STATE OF FLORIDA
VS
HORACE MILTON BLACK

CHARGED WITH: CR94-3528/CR94-1955 Poss of coc
CR 94-915 Poss of coc w/intent to sell

COURT OPENED AT _____8-22-94_____ HONORABLE __DAWSON WHIT__ JUDGE PRESIDING
B PERKINS

ASST. PUBLIC DEFENDER _____ ASST. STATE ATTORNEY _____

COURT REPORTER ____C matia____ COURT DEPUTY _____

This case came on this date for hearing on M/ Correct sentence

K SIMS

The Defendant was _____ Present, _____ Not Present, _____ Present with Counsel

===============================================================

STATE WITNESSES SWORN AND TESTIFIED:        STATE EXHIBITS ADMITTED INTO EVIDENCE:

_____                                        — W/IN 24 YRS
SENTENCE                                     A/6    cc-$oc-$30 c/1/f 200
6-3-94                                        100
2 YRS ssaV DRUG off = PROB per judge
-180 Days adj    w/its 76 days per judge
CR94-1955    AND    CR 94-915
CONC    w/    CR 94-3528

COURT WITNESSES SWORN AND TESTIFIED:        COURT EXHIBITS ADMITTED INTO EVIDENCE:

===============================================================

_____ The Court took under advisement; deferred ruling.

X RULING: GRANTED
CR 94-3528    CR94-1955, CR 94-915
CONC w/ EACH OTHER  AND Concurre
w/ ANY other sentence Presently servin
94

DONE AND ORDERED this 22 day of August, 19 94

_____
CIRCUIT/COUNTY JUDGE

===============================================================

FILED IN OPEN COURT this
22 day of August, 19 94
FRAN CARLTON, CLERK OF THE CIRCUIT/COUNTY COURTS.
_____ D.C.

PROCESSED AT _____

DISTRIBUTION:
_____ Surety/Cash Bond
_____ Defendant
✓ Probation/Parole
✓ Court Deputy
_____ S.O. on _____

STATE OF FLORIDA, COUNTY OF ORANGE   I HEREBY CERT
that the above and foregoing is a true copy of the original filed in this off
LYDIA GARDNER, Clerk Circuit
Dated 4/4/05  By _____ D.

32-60 C (10/89)

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA, COUNTY OF ORANGE
that the above and foregoing is a true copy of the original filed in this case
LYDIA GARDNER, Clerk Circuit Court
Dated 4/4/05 By _____ D.C.

CASE NUMBER: CR-O-94-  915 / A

STATE OF FLORIDA,
Plaintiff,

vs.

HORACE BLACK,
Defendant.

DIVISION NO: 12

## Court Minutes / Order (Hearing Violation of Probation)

Court opened on 05/11/95, with the following officers present:
Honorable Robert M. Evans, Judge Presiding.
Asst. State Atty.:    Division 12
Court Deputy:    Russ Drummond

Court Reporter:    Maureen Sullivan

This case came on this day for Hearing for Violation of Probation. The Defendant was present with counsel. Counsel's Name: Scott Gold.

### Count(s): Ct. 01) 89313 1A

The Defendant admitted violating the condition(s) of the Affidavit and Warrant of Violation of Probation: 5
The Court found the Defendant violated condition(s) of Probation: 5.

### Sentence

**Probation**
    The Defendant's Probation is reinstated.

**Misc. Orders / Events**
* Release defendant as to this case only.

Filed in Open Court this 11th day of May, 1995.

Done and Ordered at Orange County, Florida this 11th day of May, 1995.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: S. Danielson
Deputy Clerk in Attendance

_____
Honorable Robert M. Evans, Judge Presiding

| | | | | |
|---|---|---|---|---|
| ____ ACS | ____ Dockets | ____ Defendant | ____ Booking | ____ Court Security |
| ____ CFSC | ____ Court Deputy | ____ P&P/Com Cont | ____ Surety | S.O. on _____ |
| X Other: _____ | | | | |

HORACE BLACK

CR-O-94-  915 / A

STATE OF FLORIDA, COUNTY OF ORANGE, I HEREBY CERTIFY
that the _____ foregoing is a true copy of the original on file in this office

LYDIA GARDNER, Clerk Circuit Court

Dated 4/4/05 By _____ D.C.

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-94-  915 / A

DIVISION NO: 12

STATE OF FLORIDA,
    Plaintiff,

vs.

HORACE BLACK,
    Defendant.

_____/

## Court Minutes / Order (Hearing Violation of Probation)

Court opened on 01/25/96, with the following officers present:
Honorable Robert M. Evans, Judge Presiding.

| | | |
|---|---|---|
| Asst. State Atty.: | Division 12 | Court Reporter:   Jean Dexter |
| Court Deputy: | Dave Moore | |

This case came on this day for Hearing for Violation of Probation.  The Defendant was present with counsel.  Counsel's Name: Scott Gold.

### Count(s): Ct. 01) 89313  1A

The Defendant admitted violating the condition(s) of the Affidavit and Warrant of Violation of Probation: 1,12,15
The Court found the Defendant violated condition(s) of Probation: 1,12,15.

### Sentence

The Defendant's Probation is revoked.

**Jail**
    The defendant is ordered  to serve 227 Day(s) in  the Orange County Jail with credit for 227 Day(s) time served.

**Probation**

**Misc. Orders / Events**
- Release defendant as to this case only.

Filed in Open Court this 25th day of January, 1996.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: E. Burgess,
Deputy Clerk in Attendance

Done and Ordered at Orange County, Florida this 25th day of January, 1996.

_____
Honorable Robert M. Evans, Judge Presiding

| | | | | |
|---|---|---|---|---|
| _____ ACS | _____ Dockets | _____ Defendant | _____ Booking | _____ Court Security |
| _____ CFSC | _____ Court Deputy | _____ P&P/Com Cont | _____ Surety | _____ S.O. on _____ |
| _____ Other: _____ | | | | |

HORACE BLACK         01/25/96 11:55 AM    Page 1 of 1         CR-O-94-   915 / A

CRIMINAL DIV.
CIRCUIT COURT

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

STATE OF FLORIDA,
    Plaintiff,

vs.

HORACE M BLACK,
    Defendant.

_____/

CASE NUMBER: CR-O-96- 8553 / A

DIVISION NO: 10

Orange Co FL 1997-0067527
02/28/97  07:22:59am
OR Bk 5208 Pg 759

## JUDGMENT

The defendant, HORACE M BLACK, being personally before this court represented by Eric Barker, the attorney of record, and the state represented by Division 10, and having entered a plea of Nolo Contendere to the following crime(s):

| Count | Crime | Offense Statute Number(s) | Degree of Crime | OBTS Number |
|-------|-------|---------------------------|-----------------|-------------|
| 01 | Possession of Cocaine with Intent to sell or deliver | 89313 1A1 893.03 (2)(a)(4) | FS | 0008873220 |

and no cause being shown why the defendant should not be adjudicated guilty, IT IS ORDERED that the defendant is hereby ADJUDICATED GUILTY of the above crime(s).

Filed in Open Court this 20th day of February, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: C. Hutchison/M. McCallum,
    Deputy Clerk in Attendance

Horace M. Black
**Defendant**

Case Number CR96-8553

OR Bk 5208 Pg 760
Orange Co FL 1997-0067527
Recorded - Martha O. Haynie



## FINGERPRINTS OF DEFENDANT

| 1. Right Thumb | 2. Right Index | 3. Right Middle | 4. Right Ring | 5. Right Little |
|---|---|---|---|---|
| | | | | |

| 6. Left Thumb | 7. Left Index | 8. Left Middle | 9. Left Ring | 10. Left Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: _Palermo_          SGT OCSO 7777

**Name**                                    **Title**

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the

defendant, _____ Horace M. Black _____, and that they were placed thereon by the defendant

in my presence in open court this date.

DONE AND ORDERED in open court in _____ ORANGE _____ County, Florida,

this _20_ day of _Feb_, 19__

_____ Judge

STATE OF FLORIDA, COUNTY OF ORANGE
that the ... foregoing ... a true copy of the original filed in this
LYDIA GARDNER, Clerk Circuit ...

Dated 4/4/05 By _____ D.C.

32-37 (7/92)

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: CR-O-96- 8553 / A

STATE OF FLORIDA,
     Plaintiff,

DIVISION NO: 10

vs.

HORACE M BLACK,
     Defendant.

_____/

## Court Minutes / Order (Plea/Sentencing )

Court opened on 02/20/97, with the following officers present:
Honorable Jay Paul Cohen, Judge Presiding.

| | | |
|---|---|---|
| Asst. State Atty.: | Division 10 | Court Reporter:    R. Branham |
| Court Deputy: | D. Strohm | |

This case came on this day for Plea/Sentencing . The Defendant was present with counsel.  Counsel's Name:  Eric Barker.

## Count(s): Ct. 01) 89313 1A1

**Plea**
The Defendant withdrew the previously entered plea of Not Guilty.  The Defendant was sworn and Pled Nolo Contendere as charged.

**Judgment**
Defendant was adjudicated guilty.

## Sentence

**Jail**
The defendant is ordered  to serve 5 Month(s) in  the Orange County Jail with credit for 84 Day(s) time served.

**Fines**
The Defendant is hereby ordered to pay the following amounts: Public Defender Fee: $   250.00; Court Costs: $     5.00; CCF:
$   50.00; LGCJTF: $   200.00;

Court costs are reduced to judgment.

Filed in Open Court this 20th day of February, 1997.

**Fran Carlton**
Clerk of the Circuit and County Courts

By: C. Hutchison/M. McCallum,
    Deputy Clerk in Attendance

Done and Ordered at Orange County, Florida this 20th day of
February, 1997.

_____
Honorable Jay Paul Cohen, Judge Presiding

HORACE M BLACK             02/20/97 11:04 AM   Page 1 of 2             CR-O-96-  8553 / A

_____ ACS          _____ Dockets          _____ Defendant          _____ Booking          _____ Court Security
_____ CFSC         _____ Court Deputy      _____ P&P/Com Cont       _____ Surety           _____ S.O. on _____
                                                                                           _____

_____ Other: _____

STATE OF FLORIDA, COUNTY OF ORANGE          I HEREBY CERTIFY

that the above and foregoing is a true copy of the original filed in this office

LYDIA GARDNER, Clerk Circuit Court

Dated 4/4/05  By _____  D.C.

HORACE M BLACK                    02/20/97 11:04 AM    Page 2 of 2                    CR-O-96-  8553 / A

## Criminal Case Summary(Master)

### Case Information

| | |
|---|---|
| Case Number: | 48-1994-CF-000915-O |
| Judge: | 12 - O'KANE, JULIE |
| Status: | CLOSED |
| Status Date: | 25-Jan-1996 |
| Next Event: | No future events scheduled |

### Litigant Information

| | |
|---|---|
| Defendant: | BLACK, HORACE |
| DOB: | 20-Aug-1976 |
| Arrest/Initiating Info Date: | 24-Jan-1994 |
| Arresting/Initiating Agency: | ORLANDO POLICE DEPT |
| Agency Case: | 94032406 |
| Status: | BOND POSTED |

### Charge Information

| Count No. | Charge Description | Offense Date | Information Date | Action | Action Date |
|---|---|---|---|---|---|
| 001 | CONTROLLED SUBSTANCE OFFENSE | 24-Jan-1994 | 14-Mar-1994 | ADJUDICATED GUILTY | 2-Jun-1994 |
| 502 | CONTROLLED SUBSTANCE OFFENSE | 24-Jan-1994 | | NO ACTION TAKEN | 14-Mar-1994 |
| 503 | CONTROLLED SUBSTANCE OFFENSE | 24-Jan-1994 | | NO ACTION TAKEN | 14-Mar-1994 |
| 504 | LOITERING OR PROWLING | 24-Jan-1994 | | NO ACTION TAKEN | 14-Mar-1994 |

2001 www.courtspecialists.com          New Search          Logoff

## Case History (Docket)

## Case Information

| Case No.: | 48-1994-CF-000915-O | Case Name: | BLACK, HORACE |
|---|---|---|---|

## Case History/Register of Actions

| Date | As To | Description | Amount |
|---|---|---|---|
| 25-Jan-1996 | A | COURT MINUTES FILED /ORD | |
| 25-Jan-1996 | A | PLEA FILED | |
| 25-Jan-1996 | A | SENT: PROB REVOKED OCJ 227 DYS T/S | |
| 25-Jan-1996 | A | ADJUDICATED GUILTY PREV | |
| 25-Jan-1996 | A | PLEA OF GUILTY ENTERED TO VOP | |
| 25-Jan-1996 | A | PLEA OF NOT GUILTY WITHDRAWN | |
| 25-Jan-1996 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 25-Jan-1996 | A | IN OPEN COURT VOP HEARING | |
| 5-Jan-1996 | A | COURT MINUTES FILED | |
| 5-Jan-1996 | A | NOTICE-VIO PROB HEARING RTN:[01/25/96] 10:30 AM | |
| 22-Dec-1995 | A | SUBPOENA ISSUED (12-29-95) (PA) (1) | |
| 22-Dec-1995 | A | PRAECIPE FILED | |
| 4-Dec-1995 | A | NOTICE-VIO PROB HEARING RTN:[01/05/96] 10:30 | |
| 4-Dec-1995 | A | RESET | |
| 4-Dec-1995 | A | IN OPEN COURT VOP HEARING | |
| 16-Nov-1995 | A | CERTIFICATE OF NON-APPEARANCE FILED | |
| 16-Nov-1995 | A | SUBPOENA ISSUED* RET: 12/05/95 10:00a.m. (SA) (01) | $4.00 |
| 14-Nov-1995 | A | COURT MINUTES FILED | |
| 14-Nov-1995 | A | NOTICE-VIO PROB HEARING RTN:[12/05/95]@ 10:30AM | |
| 14-Nov-1995 | A | RESET PER JUDGE | |
| 14-Nov-1995 | A | APPEAR. OF ATTORNEY ENTERED S. GOLD | |
| 14-Nov-1995 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 14-Nov-1995 | A | IN OPEN COURT (VOP_ | |
| 2-Nov-1995 | A | NOTICE TAKING DEPO FILED 11/13/95 | |
| 2-Nov-1995 | A | SUBPOENA ISSUED 11/13/95 (PA) (1) | |
| 2-Nov-1995 | A | PRAECIPE FILED | |
| 2-Nov-1995 | A | SUBPOENA ISSUED* RET: 11/14/95 10:30a.m. (SA) (01) | $4.00 |
| 27-Sep-1995 | A | COPY OF BARON BOND FILED $1000 RET: 11-14-95 | |
| 26-Sep-1995 | A | ORDER BOND SET AT $1,000 | |
| 26-Sep-1995 | A | APPEAR. OF ATTORNEY ENTERED S.GOLD | |
| 26-Sep-1995 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 26-Sep-1995 | A | IN OPEN COURT (BOND HRG) | |
| 25-Sep-1995 | A | COURT MINUTES FILED /ORD | |
| 20-Sep-1995 | A | 09-26-95 @8.30 MOTION TO SET BOND | |
| 13-Sep-1995 | A | NOTICE OF HEARING FILED 9/26/95@8:30 | |
| 13-Sep-1995 | A | MOTION FOR SETTING OF BOND PENDING HEARING ON DEF. VOP | |

2/11/2005

| 12-Sep-1995 | A | WRITTEN PLEA OF NOT GUILTY ENTERED H. SCOTT GOLD |
|---|---|---|
| 12-Sep-1995 | A | NOTICE OF APPEARANCE FILED |
| 8-Sep-1995 | A | COURT MINUTES FILED |
| 8-Sep-1995 | A | NOTICE-VIO PROB HEARING RTN:[11/14/95]@10:30 |
| 8-Sep-1995 | A | AFF/INSOL FILED REF PD |
| 8-Sep-1995 | A | COPY OF AFFIDAVIT-WARRANT FURNISHED |
| 8-Sep-1995 | A | PLEA OF NOT GUILTY ENTERED |
| 8-Sep-1995 | A | APPEARANCE OF DEFENDANT ENTERED |
| 8-Sep-1995 | A | IN OPEN COURT (ARG) |
| 5-Sep-1995 | A | WARRANT RETURNED FILED SERVED |
| 5-Sep-1995 | A | SET FOR IN-JAIL ARRAIGNMENT ON [09/08/95] |
| 5-Sep-1995 | A | ARREST AFFIDAVIT FILED - DOA [09/05/95] |
| 1-Sep-1995 | A | WARRANT ISSUED RETURNABLE INSTANTER |
| 1-Sep-1995 | A | AFFIDAVIT FOR VIOLATION OF PROBATION |
| 11-May-1995 | A | COURT MINUTES FILED /ORD |
| 11-May-1995 | A | PLEA FILED |
| 11-May-1995 | A | SENTENCE PROBATION RESTORED |
| 11-May-1995 | A | PLEA OF GUILTY ENTERED TO VOP |
| 11-May-1995 | A | APPEAR. OF ATTORNEY ENTERED S.OGLD |
| 11-May-1995 | A | APPEARANCE OF DEFENDANT ENTERED |
| 11-May-1995 | A | IN OPEN COURT (VOP PLEA & SENT) |
| 5-May-1995 | A | NOTICE OF HEARING FILED 5/11/95 @ 9AM BOND |
| 2-May-1995 | A | MOTION FOR COMMUNITY CONTROL RELEASE/MOTION FOR RELEASE ON BOND |
| 26-Apr-1995 | A | WRITTEN PLEA OF NOT GUILTY ENTERED H SCOTT GOLD |
| 26-Apr-1995 | A | NOTICE OF APPEARANCE FILED H SCOTT GOLD |
| 21-Apr-1995 | A | COURT MINUTES FILED |
| 21-Apr-1995 | A | NOTICE-VIO PROB HEARING RTN:[06/06/95] AT 10:30AM |
| 21-Apr-1995 | A | AFF/INSOL FILED REF PD |
| 21-Apr-1995 | A | COPY OF AFFIDAVIT-WARRANT FURNISHED |
| 21-Apr-1995 | A | PLEA OF NOT GUILTY ENTERED |
| 21-Apr-1995 | A | APPEARANCE OF DEFENDANT ENTERED |
| 21-Apr-1995 | A | IN OPEN COURT (VOP) |
| 21-Apr-1995 | A | WARRANT RETURNED FILED SERVED |
| 18-Apr-1995 | A | SET FOR IN-JAIL ARRAIGNMENT ON [04/21/95] |
| 18-Apr-1995 | A | ARREST AFFIDAVIT FILED - DOA [04/17/95] |
| 31-Mar-1995 | A | WARRANT ISSUED RETURNABLE INSTANTER |
| 31-Mar-1995 | A | AFFIDAVIT FOR VIOLATION OF PROBATION |
| 31-Jan-1995 | A | ORDER OF PROBATION FILED |
| 22-Aug-1994 | A | COURT MINUTES FILED |
| 22-Aug-1994 | A | ORDER GRANT SENT CORRECT TO RUN CONC W/CR94-3528, CR94-1955 AND CONC |
| 22-Aug-1994 | A | APPEAR. OF ATTORNEY ENTERED K SIMMS |
| 22-Aug-1994 | A | APPEARANCE OF DEFENDANT ENTERED |
| 22-Aug-1994 | A | IN OPEN COURT (M/CORRECT SENT) |
| 14-Jul-1994 | A | ORDER RE: ATTORNEY FEES FILED |
| 14-Jul-1994 | A | FINAL JUDGMENT RE: FEES FILED |
| 14-Jul-1994 | A | VOUCHER FILED |
| 2-Jun-1994 | A | COURT MINUTES FILED /ORD |
| 2-Jun-1994 | A | JUDGEMENT RECORDED AND FILED |
| 2-Jun-1994 | A | ORDER FOR COST/CHARGES/FEES/FILED |
| 2-Jun-1994 | A | PLEA FILED |
| 2-Jun-1994 | A | SENT:CONC W/CR94-3528. |
| 2-Jun-1994 | A | SENT:2YRS DRUG OFF.PROB,180DYS OCJ W/C 76DYS T/S,PAY CC |

| Date | | Description | Amount |
|---|---|---|---|
| 2-Jun-1994 | A | ADJUDICATED GUILTY | |
| 2-Jun-1994 | A | PLEA OF NOLO CONTENDERE ENTERED AS CHGD | |
| 2-Jun-1994 | A | PLEA OF NOT GUILTY WITHDRAWN | |
| 2-Jun-1994 | A | APPEAR. OF ATTORNEY ENTERED K.SIMS | |
| 2-Jun-1994 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 2-Jun-1994 | A | IN OPEN COURT (PLEA & SENT) | |
| 6-May-1994 | A | SUBPOENA ISSUED 6-6-94 (SA) (7) | $28.00 |
| 6-May-1994 | A | PRAECIPE FILED | |
| 6-May-1994 | A | STATE'S WITNESS LIST FILED | |
| 20-Apr-1994 | A | MOTION TO WITHDRAW FILED PD | |
| 20-Apr-1994 | A | ORDER APPOINTING ATTY /KELLY SIMS | |
| 20-Apr-1994 | A | ORDER RE: WITHDRAW FILED /PD GRANTED | |
| 18-Apr-1994 | A | MOTION TO WITHDRAW FILED PD | |
| 6-Apr-1994 | A | NOTICE RETURNED UNSERVED FILED | |
| 29-Mar-1994 | A | COURT MINUTES FILED | |
| 29-Mar-1994 | A | NOTICE FOR PRETRIAL RET: [05/31/94]@9:00AM | |
| 29-Mar-1994 | A | NOTICE OF TRIAL RTN:[06/06/94]@9:00AM | |
| 29-Mar-1994 | A | SENTENCE GUIDLINES SCORE SHEET ORDERED | |
| 29-Mar-1994 | A | AFF/INSOL FILED REF PD | |
| 29-Mar-1994 | A | COPY OF INFORMATION FURNISHED | |
| 29-Mar-1994 | A | PLEA OF NOT GUILTY ENTERED | |
| 29-Mar-1994 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 29-Mar-1994 | A | IN OPEN COURT (JAIL ARG) | |
| 24-Mar-1994 | A | BARON BOND ENDORSED DOA 3/23/94 | |
| 17-Mar-1994 | A | NOTICE OF ARGN ISSUED RET:[03/30/94] | |
| 17-Mar-1994 | A | NOTICE OF ARGN ISSUED RET:[03/30/94] | |
| 14-Mar-1994 | A | INFORMATION FILED | |
| 31-Jan-1994 | A | COPY OF BARON BOND FILED $7500 RET: 2/18/94 | |
| 25-Jan-1994 | A | BOND STAYED $2500 | |
| 25-Jan-1994 | A | PRELIMINARY HEARING SET FOR 2-11-94 @ 3PM | |
| 25-Jan-1994 | A | ORDER FINDING PROBABLE CAUSE FILED | |
| 25-Jan-1994 | A | REFFERED TO PUBLIC DEFENDER (TEMP) | |
| 25-Jan-1994 | A | ADVICE TO DEFENDANT, FIRST APPEARANCE | |
| 25-Jan-1994 | A | APPEARANCE OF DEFENDANT ENTERED | |
| 25-Jan-1994 | A | IN OPEN COURT (IA) | |
| 25-Jan-1994 | A | COMPLAINT FILED DOA 01-24-94 | $40.00 |

2001 www.courtspecialists.com          New Search          Logoff

# Orange County

Arrest Report
Complaint Report

**Charging Affidavit**

| Location of Defendant's Vehicle: | Date-Time Booked: 1-2-94  0430 | Jacket Number: | Case Number: 94032908 |
| --- | --- | --- | --- |

| Agency: Orlando Police | Officer's Name / Key Number: Doyle Brown Wade McKinley Bryant | Officer's Bus. Phone No.: 246-228 | Name Number: |
| --- | --- | --- | --- |

| Inmate Number: 94 0296.2 | OBTS: 000599594 4 | ORI FL48: 074 | Court Case Number: CR 94-915 |
| --- | --- | --- | --- |

## DEFENDANT

Adult ☐  Juvenile ☑  At Large ☐  Released ☐  Processed ☐  NTA ☐

| A | NAME (Last, First, Middle): Alale, Horace | Age: 17 | DOB: 8/30/76 | Race: B | Sex: M |
| --- | --- | --- | --- | --- | --- |

ADDRESS (#, Street, City, State): 710 Sand Lake Road   Zip ___ Phone: 240 7084
Bus./School: UNK   Zip ___ Phone: ___

| Height: 5'11 | Weight: 200 | Hair: BLK | Eyes: BRO | S.S.#: 262 35 6026 | Military Service: None |
| --- | --- | --- | --- | --- | --- |

| Drivers Lic. No. | State | Year Expires | P.O.B. (City, State): UNK | Defendant read Committing Compliance ☐ |
| --- | --- | --- | --- | --- |

A.K.A.   Occupation:

## ARREST INFORMATION

Arrested  Yes ☑  No ☐   Court Location: District 1

| DATE-TIME OCCURRED | On Or Between | Month 01 | Day 24 | Year 94 | Time 0050 | DATE ARRESTED | Month 01 | Day 24 | Year 94 | Time 0110 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Address of Occurrence: 800 Blk S Parramore Ave Orlando   Zone: 8
Address of Arrest: 800 Blk S Parramore Ave Orlando   Zone: 8

## CHARGES

FELONY ☑   MISDEMEANOR ☐   TRAFFIC ☐   PC ARREST ☑   ON VIEW ARREST ☑

| | Charge | FSS | Citation No. |
| --- | --- | --- | --- |
| #1 | Sale Delivery Cocaine | 893.13 | Loitering Prowling 856.021 |
| #2 | Poss Cocaine w/intent Sell | 893.13 | |
| #3 | Poss Cocaine | 893.13 | |

## JUVENILE

Legal Custodian Notified by-   Date & Time Notified:

| Person Notified | NAME (Last, First, Middle): Mixey Veronica | Age: 45 | DOB: UNK | Race: B | Sex: F |
| --- | --- | --- | --- | --- | --- |

ADDRESS Res.: 710 Sand Lake Road Orlando FL   Zip ___ Phone: 240 7088

## CO-DEFENDANT

| A | NAME (Last, First, Middle): Jenkins Otis | Age: 20 | DOB: 8/12/73 | Race: B | Sex: M |
| --- | --- | --- | --- | --- | --- |
| A | NAME (Last, First, Middle): Mixey Jamall | Age: 17 | DOB: | Race: B | Sex: M |

## EVIDENCE

List of Tangible Evidence (If none, write "None")

| DESCRIPTION | RECOVERED BY | GIVEN TO | PRESENT LOCATION |
| --- | --- | --- | --- |
| Cocaine (Whits) | McKinley | Evidence | CB0435A |
| $475.00 Cash | McKinley | Evidence | EN0693A |

CONFIDENTIAL

State facts to establish probable cause:

On this date officers Brown and Doyle advised that they observed a group of black males involved in street drug transactions at the corner of Gore and Parramore. After approximately 30 minutes of observation ofc Brown gave radio transmissions that he observed the group being delivered drugs by the D. officers Brown and Doyle observed the D drive his bicycle to the area of 847 S. Parramore and remove items from his right front pants pocket ofc. Brown and Doyle observed the D make a hand to hand transaction

THIS CO-D RECENTLY HANDED THE D CASH. OFC. BROWN AND DOYLE THEN OBSERVED CO-D RAISING BACK THE ITEM TO HIS MOUTH. OFC. BROWN AND DOYLE DESCRIBED THE D AS WEARING A BLACK HOOD WITH A LIGHT COLORED SWEATER. THEY FURTHER DESCRIBED THE CO-D RAISING AS WEARING ALL RED. OFC. BROWN AND DOYLE ADVISED THAT ANOTHER BLACK MALE WEARING ALL BLACK HAD APPROACHED THE D AND MADE A HAND TO HAND TRANSACTION. WHILE THE D BEGAN TO DEAL WITH THE MAN DRESSED IN BLACK THE OFFICERS OBSERVED THE CO-D REACH INTO THE TONGUE OF HIS SHOE AND ISSUE THE ITEM JUST PURCHASED.

| | Right Index Finger Print |
|---|---|

Sworn to and subscribed before me, the undersigned authority,

This _____ Day of JAN 19 94

Notary Public - ☐ Law Enforcement or Correctional Officer - ☑

I swear and affirm the above statements are correct and true.

OFFICER'S SIGNATURE _____ 3773    ID. NO.

---

**NOTICE TO APPEAR**

You need not appear in Court, but must comply with instructions on Reverse Side - ☐

Mandatory Appearance in Court at the below listed date, time and location - ☐

ON _____, 19_____, AT _____ A.M.

COURT: _____, ROOM _____

I agree to appear at the time and place designated above for the offense(s) charged or to pay the fine and cost prescribed. I understand if I fail to comply with this Notice to Appear that I may be held in contempt of court and a warrant for my arrest shall be issued.

Signature of Defendant _____

| Received at Booking Location | Total Bond Set At $ 7,500 | Date & Time Of Bond | Page _____ of _____ |
|---|---|---|---|

---

| **WITNESSES** | **V - Victim** | | **R - Reporter** | | | **W - Witnesses** | | |
|---|---|---|---|---|---|---|---|---|
| | NAME (Last, First, Middle) | | | Age | DOB | | Race | Sex |
| | ADDRESS Res. | | | Zip | Phone | | | |
| | Bus./School | | | Zip | Phone | | | |
| Testimony | | | | | | | | |
| | NAME (Last, First, Middle) | | | Age | DOB | | Race | Sex |
| | ADDRESS Res. | | | Zip | Phone | | | |
| | Bus./School | | | Zip | Phone | | | |
| Testimony | | | | | | | | |
| | NAME (Last, First, Middle) | | | Age | DOB | | Race | Sex |
| | ADDRESS Res. | | | Zip | Phone | | | |
| | Bus./School | | | Zip | Phone | | | |
| Testimony | | | | | | | | |
| | NAME (Last, First, Middle) | | | Age | DOB | | Race | Sex |
| | ADDRESS Res. | | | Zip | Phone | | | |
| | Bus./School | | | Zip | Phone | | | |
| Testimony | | | | | | | | |

COURT COPY

Date: 1/24/99    Case Number: 9403 2406

DET. DOYLE AND BROWN ASKED UNITS TO MOVE IN AS THE B WAS COMPLETING THE TRANSACTION WITH THE PERSON DRESSED BLACK.

THE PERSON WEARING ALL BLACK WAS EVENTUALLY IDENTIFIED AS OTIS JENKINS.

AS SUPPORT UNITS MOVED IN OFFICERS BROWN AND DOYLE ADVISED THAT THE B AND CO-B JENKINS HAD BEGUN TO RUN WEST FROM PARRAMORE. OFC'S NOBLE AND MCKINLEY HAD TAKEN A WESTERN POSITION IN THE RESIDENTIAL YARDS. BOTH OFCS AND NOBLE AND MCKINLEY OBSERVED THE B AND CO-B JENKINS HIDING BEHIND THE HOUSES. AS THE OFFICERS ILLUMINATED THEM AND ORDERED THEM TO THE GROUND THEY BEGAN TO RUN FASTER. THE B WAS OBSERVED BY MCKINLEY BEING DOWN CLOSE TO THE GROUND BEFORE RUNNING BACK OUT TO PARRAMORE. THE B REFUSED TO STOP AS ORDERED. OFC. MCKINLEY WENT TO THE EXACT LOCATION WHERE THE B WAS AND LOCATED A LARGE ZIPLOCK BAGGIE ON THE GROUND. THE BAGGIE CONTAINED SEVERAL LARGE BEIGE COLORED ROCKS OF SUSPECTED COCAINE. THE SUBSTANCE WAS UNTESTED BY OFC'S BROWN AND MCKINLEY AND FOUND TO BE POSITIVE FOR COCAINE. OFC. MCKINLEY IMMEDIATELY IDENTIFIED THE B AS THE PERSON WHO LEFT THE COCAINE BEHIND THE HOUSE. THE B WAS ALSO IDENTIFIED BY OFC. BROWN AND DOYLE AS THE PERSON DELIVERING COCAINE TO THE CO-B'S. THE B WAS ARRESTED AS HE STOOD IN THE 800 BLK OF S. PARRAMORE. THE B HAD $75.00 IN CASH IN HIS POCKET. THE CO-B FORNEY WAS ARRESTED AFTER OFC'S LOCATED A SIMILAR BAG OF CRACK COCAINE IN HIS SHOE TONGUE. CO-B JENKINS (ALL BLACK) WAS ALSO ARRESTED.

THE B WAS READ HIS MIRANDA WARNINGS (OFC. BROWN) AND WAIVED. THE B STATES THAT HE DID RIDE UP ON HIS BICYCLE BUT MAKE NO TRANSACTIONS. THE B STATED HE RAN BECAUSE HE WAS SCARED OF THE POLICE. I ASKED THE B WHY HE RAN BACK TO THE POLICE AFTER RUNNING THROUGH RESIDENTIAL YARDS IF HE WAS SCARED THE B STATES HE DID NOT KNOW. THE B IS CHARGED WITH SALE/DELIVERY, POSS. INTENT TO SELL, POSS. COCAINE, AND LOITERING AND PROWLING. TOTAL WGT. 1.3 GRAMS $75.00

Sworn to and subscribed before me, the undersigned authority,

This 27 Day of JAN, 1999

_____
Notary Public - ☐    Law Enforcement or Correctional Officer - ☑

I swear and affirm the above statements are correct and true.

_____    3773
OFFICER'S SIGNATURE    I.D. NO.

1002 (2/89)

OFFICER: Minnie Ricks
DC#: 373009

# JUDGEMENT OF GUILT
# AND PLACING DEFENDANT ON DRUG OFFENDER PROBATION

STATE OF FLORIDA

     VS       Plaintiff

HORACE BLACK
Defendant

In the Circuit Court of the
9th Judicial Circuit in and
for Orange County, Florida
Case No.  CR94-915

This cause coming on this day to be heard before me, and you, the defendant HORACE BLACK, being now present before me, and you having:

Entered a plea of Nolo Contendere to the offense of POSSESSION OF COCAINE WITH INTENT TO SELL*concurrent W/CR94-3528 the Court here adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law:

Now, therefore, it is ordered and adjudged that the imposition of sentence are hereby withheld, and that you are hereby placed on Drug Offender Probation for a period of Two (2) Years per Judge under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2) You will pay to the State of Florida the amount of Fifty **Dollars ($50.00)** or lesser amount as determined by the Department of Corrections, plus a 4% surcharge per month by the fifth day of each month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold dispensed or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

1

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR THE STATE OF FLORIDA

STATE OF FLORIDA,

vs.

CASE NO. _CR 94-915   CR 94-3528_

DIVISION _12_        CR 94-1985

_HORACE BLACK_

## VIOLATION OF PROBATION/COMMUNITY CONTROL PLEA

1.   I, _Horace Black_____, defendant herein, withdraw my previously entered denial and enter an admission to the charge of Violation of Probation/Community Control in the above-styled case.

2.   I understand that if the Court accepts this plea, I give up my right to an evidentiary hearing, the right to require the State to prove the violation beyond a reasonable doubt, the right to have the Judge decide whether I violated my probation/community control, the right to see and hear the witnesses against me and to have my lawyer question them, the right to subpoena and present witnesses or other evidence or any defenses I may have  and to testify or remain silent as I choose.  I further understand that I give up my right to appeal the facts of the case.  My lawyer has explained to me what an appeal is.

3.   I understand that this admission admits that I violated my probation/community control, and further means there will be no evidentiary hearing and I will be sentenced based upon this plea.

4.   I understand the charge which has been placed against me and to which I am pleading.  My lawyer has explained the maximum penalty to me as well as the nature of the violation alleged and any defenses I may have.  I am satisfied with my lawyer's advise and help.

5.   No one has pressured me or forced me to enter this admission. No one has promised me anything to get me to enter this admission, but there has been an understanding that:

a.   ( )  No dispositional understanding.

b.   (✓)  The disposition will be _227 Days in County_
_County Jail w/cr for 227 Days — OUT_

6.   I agree to restitution in the amount of $_____.

7.   If this is a pre-guidelines case, I ( ) wish ( ) do not wish to be sentenced under the Sentencing Guidelines.

# FLORIDA DEPARTMENT OF CORRECTIONS
## AFFIDAVIT

## VIOLATION OF PROBATION

Whereas, <u>Minnie Ricks</u>, states as true, that one <u>Horace Black</u> hereinafter referred to as t[?] probationer was on the <u>2nd</u> day of <u>June</u>, A.D. <u>1994</u> placed on <u>probation</u> for the offense [?] <u>POSSESSION OF COCAINE WITH INTENT TO SELL</u> in the Circuit Court of <u>Orange</u> County, for a term [?] <u>Two (2) Years*</u> in accordance with the provisions of Chapter 948. Affiant further states that t[?] probationer has not properly conducted <u>himself</u>, but has violated the conditions of <u>his</u> probati[?] in a material respect by:
* Concurrent w/CR94-3528

VIOLATION OF CONDITION (1):  In that, the probationer has failed to report to his probati[?] officer for the months of May, June, and July, 1995.

VIOLATION OF CONDITION (12): In that, the probationer has failed to pay the Clerk of Court t[?] sum of $255.00.  The probationer has an outstanding balance due of $255.00.

VIOLATION OF CONDITION (15): In that, the probationer has failed to pay the Orange County Dr[?] Trust Fund the sum of $100.00.  The probationer has an outstanding balance due of $100.00.

"Under penalties of perjury, I declare that I have read the foregoing and that the facts stat[?] in it are true."

Minnie Ricks
Correctional Probation Officer
Office 09/7 Ph:(407) 423-6380

## WARRANT

IN THE NAME OF THE STATE OF FLORIDA, TO ALL AND SINGULAR THE SHERIFFS OF T[?] STATE OF FLORIDA

Whereas, <u>Minnie Ricks</u> states as true, that on the <u>2nd</u> day of <u>June</u>, A.D. <u>1994</u> one <u>Horace Bla[?]</u> hereinafter referred to as the aforesaid, was placed on <u>probation</u> for the offense of <u>POSSESSI[?] OF COCAINE WITH INTENT TO SELL</u> in the Circuit Court of <u>Orange</u> County, for a term of <u>Two [?] Years*</u> in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesa[?] has not properly conducted <u>himself</u>, but has violated his conditions in a material respect as not[?] in the affidavit above.
*concurrent w/CR94-3528.
    THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid and bring him before me to be dealt with according to law.

Given under my hand and seal this
/5 day of ~~August~~ , A.D.1995

JUDGE Robert M. Evans DIV 12
In the Circuit Court
In and for Orange County

cbp

| Offender ID HGT: 5'11" WGT: 240 |
| R/S: B/M DOB 8/20/76 HR BLK EYES BRN |
| AKA |
| RES/EMPLOY/ADD 880 S. WEST MORELAND DR |
| ORLANDO, FLORIDA 32803 |
| OTHER INFO |

| Ability to pay: UNKNOWN |
| Absconder: Yes ____ No X |
| New Arrest: Yes ____ No X |
| Filed/Not Filed/Pending as of _____ |
| Technical Violation: Yes X No ____ |

(Rev.12/90)