# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern   ☐ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 9/7/2006 | @ 11:04 ☒ a.m. ☐ p.m |
| DATE COMPLETED 9/7/2006 | @ 11:48 ☒ a.m. ☐ p.m |

**CASE NO.** 2:05CV1178-WKW

UNITES STATES OF AMERICA  VS.  HORACE MILTON BLACK
**Plaintiff(s)**                      **Defendant(s)**

### APPEARANCES

**Plaintiff(s)/Government**
Clark Morris

**Defendant(s)**
Pate DeBardeleben

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Crt Rptr: 
Law Clerk: 
Interpreter: 
USPO/USPTS: 
Other: 

### PROCEEDINGS:

☐ Motion Hearing: 
☐ Status Conference         ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation                ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference     ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial            ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other 

☒ **Pretrial Conference**
Pending Motions: 
Discovery Status              Plea Status
Trial Status/Length           Trial Term: