# W I T N E S S   L I S T

**UNITED STATES v. HORACE MILTON BLACK**

| | | | |
|---|---|---|---|
| **CR. NO.** | **2:05-cv-1178-WKW-DRB** | **DATE:** | **October 11, 2006** |
| **AUSA:** | **A. CLARK MORRIS** | **TIME:** | **10:00AM** |
| **PLACE:** | **MONTGOMERY, ALABAMA** | | |

| SUB SERV | NAME/ADDRESS/PHONE | IN | OUT | PAID |
|---|---|---|---|---|
| | Terry R. Smyly | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |