EXHIBITS

UNITED STATES OF AMERICA

2:05cv1178WKW                                v.

HORACE MILTON BLACK

| ADMITTED | DATE OFFERED | DATE IDENTI-FIED | NO. | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | 1 | | | Presentence Report |
| | | | 2 | | | Criminal History Records |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |