**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **2:05-cv-1178-WKW -DRB** |
| **v.** | ) | |
| | ) | |
| **HORACE MILTON BLACK** | ) | |

## GOVERNMENT'S EXHIBIT LIST

COMES NOW the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and respectfully submits the

Government's Exhibit List in the above styled case.

Respectfully submitted, this the 2nd day of October, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


s/A. Clark Morris
A. CLARK MORRIS  ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **2:05-cv-1178-WKW-DRB** |
| | ) | |
| **HORACE MILTON BLACK** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

the following: Pate Debardeleben, Esquire and Terry Russell Smyly, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

## EXHIBITS

### UNITED STATES OF AMERICA

**2:05cv1178WKW**                                    **v.**

### HORACE MILTON BLACK

| ADMITTED | DATE OFFERED | DATE IDENTI-FIED | NO. | WITNESS | O B J | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | 1 | | | Presentence Report |
| | | | 2 | | | Criminal History Records |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |