# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern   ☐ Southern   ☐ Eastern

| | | |
|---|---|---|
| HON. Delores R. Boyd | AT Montgomery | , Alabama |
| DATE COMMENCED 10-11-2006 | @ 10:01 | ☑ a.m. ☐ p.m |
| DATE COMPLETED 10-11-2006 | @ 12:08 | ☐ a.m. ☑ p.m |

CASE NO. 2:05CV1178-WKW

UNITED STATES OF AMERICA    VS.    HORACE MILTON BLACK
Plaintiff(s)                       Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: Clark Morris

Defendant(s): Pate DeBardeleben

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk: Michele Dearing
USPO/USPTS: ___
Crt Rptr: ___
Interpreter: ___
Other: ___

### PROCEEDINGS:

☑ Motion Hearing: 28 USC 2255 MOTION TO VACATE, ETC.
☐ Status Conference     ☐ Oral Argument         ☑ Evidentiary Hrg.
☐ Revocation            ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial        ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___

☐ **Pretrial Conference**
Pending Motions: ___
Discovery Status ___    Plea Status ___
Trial Status/Length ___  Trial Term: ___

10:01am  Court convenes.
10:03am  Testimony begins.

Page: 2
Date: 10-11-2006
Case No: 2:05CV1178-WKW

10:55 am — Deft. rests. Gout. begins.
11:45 am — Testimony concluded. Court addresses parties.
12:08 pm — Court is recessed.