AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 10/11/2006 | 2:05CV1178-WKW | S. Q. Long, Jr., Courtroom Deputy | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Horace Milton Black | DeBardeleben | Morris | Yes | No | MJ BOYD |
| Terry R. Smyly | Morris | DeBardeleben | No | No | MJ BOYD |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |