Gov't 1:

EXHIBITS

Page 1

UNITED STATES OF AMERICA

v.

HORACE MILTON BLACK

CR. NO. 2:05-cv-1178-WKW

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Presentence Report | | |
| 2 | Criminal History Records | Smyly | Yes |
| 3 | Plea Agreement | | |
| 4 | Sentencing Transcript | Smyly | Yes |

SCANNED