IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

RECEIVED
2006 DEC 12 A 10: 34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| HORACE MILTON BLACK | * | |
| Petitioner | * | |
| v. | * | Civil Action No. 2:05cv1178-WKW-DRB |
| UNITED STATES OF AMERICA | * | [WO] |
| Respondent | * | |

## OBJECTION TO RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES NOW the above named Horace Milton Black, and through counsel, objects to the Recommendation of the Magistrate Judge. As grounds for said objection counsel avers the following;

1. The Petitioner specifically objects to section D. of the Magistrate's Recommendation wherein she finds that Attorney Smyly's testimony was more creditable that his own testimony. Mr. Black testified that he instructed Attorney Smyly to appeal the Court's refusal to allow him to withdraw his plea at sentencing. The record is clear that one main issue at sentencing was Mr. Black's motion filed by Attorney Smyly moving the Court to allow Mr. Black to withdraw his plea of guilty. Mr. Black avers that he testified truthfully that he asked Attorney Smyly to appeal and that Attorney Smyly said he would do so.

WHEREFORE counsel moves this Court to rehear the testimony allowing the District Court to assess the credibility of the witnesses.

Respectfully submitted this the 12th day of December, 2006.

_/s/ Pate DeBardeleben_

Pate DeBardeleben, Attorney for Horace Black

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Clark Morris by mailing to P.O. Box 197, Montgomery, AL 361011-0197 this the 12th day of December, 2006.

_/s/ Pate DeBardeleben_

Pate DeBardeleben