IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HORACE MILTON BLACK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1178-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The objection filed by the petitioner on December 12, 2006 (Doc. # 41) is overruled and the motion to rehear is denied;

(2)  The recommendation of the United States Magistrate Judge entered on November 30, 2006 (Doc. # 40) is adopted. The Magistrate Judge carefully weighed the conflicting testimony, and conscientiously explained her conclusions, which this court finds supported by the record;

(3)  The 28 U.S.C. § 2255 motion filed by the petitioner is DENIED; and

(4)  The above-styled case is DISMISSED.

An appropriate judgment shall be entered.

DONE this 20th day of December, 2006.

                                            /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE